IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Maddox, Anita

Printed: 11/20/07

Case Number: 07 B 16392
Judge: Squires, John H
Filed: 9/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: October 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 2,981.73 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 5,500.00 | 0.00 |
| 5. | Wells Fargo Home Mortgage | Secured | 35,000.00 | 0.00 |
| 6. | Real Time Resolutions | Unsecured | 4,169.31 | 0.00 |
| 7. | Capital One | Unsecured | 533.92 | 0.00 |
| 8. | Credit Union One | Unsecured | | No Claim Filed |
| 9. | Citi Cards | Unsecured | | No Claim Filed |
| 10. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 11. | Beneficial | Unsecured | | No Claim Filed |
| 12. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | Harvard Collection Services In | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 48,184.96 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Maddox, Anita

Printed:  11/20/07

Case Number:  07 B 16392
Judge:  Squires, John H
Filed:  9/8/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_